JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 800
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff JOHN COSBY, individually and on behalf of all others similarly situated

[ADDITIONAL COUNSEL ON NEXT PAGE]

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVAR INC., a Minnesota Corporation; ACTIVAR CONSTRUCTION PRODUCTS GROUP, INC., a Minnesota Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05693-RGK-MAA<br><br>[*Assigned To The Honorable R. Gary Klausner*]<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)<br><br>Complaint Filed:   May 14, 2020<br>Date of Removal:   June 25, 2020 |

1

1  MASLON LLP
2  Charles G. Frohman (MN #03866695) *
   charles.frohman@maslon.com
3  Mary Heath (MN #0399260)*
4  mary.heath@maslon.com
   3300 Wells Fargo Center 90 South Seventh Street
5  Minneapolis, MN  55402-4140
6  Telephone:  (612) 672-8200
   Fax:  (612) 642-8397
7  *Admitted Pro Hac Vice

8
   SUGG & PARACUELLOS, LLP
9  Wendy Sugg (223335)
10 wendy@sugglaw.com
   384 Forest Avenue, Suite 15
11 Laguna Beach, California  92651
12 Telephone:(949) 260-9548

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff DANIEL GOMEZ and Defendants ACTIVAR INC., and ACTIVAR CONSTRUCTION PRODUCTS GROUP, INC., (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff Gomez's individual claims and without prejudice as to the putative class and putative class claims, shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, with prejudice as to Plaintiff Gomez's individual claims against Defendants and without prejudice as to the putative class and putative class claims against Defendants.

**IT IS SO ORDERED.**

DATED: February 10, 2021

_____
Hon. R. Gary Klausner
United States District Court Judge